[No. 37920-8-I.     Division One.     February 10, 1997.]

THE STATE OF WASHINGTON, *on the Relation of*
*Michele Nicole Noble,* ET AL., *Respondent,* v. ROGER
LEE NOBLE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 88-5-02737-5, Joan E. DuBuque, J., entered
November 29, 1995. *Affirmed in part* and *reversed in part*
by unpublished per curiam opinion.

[No. 14824-6-III.     Division Three.     February 18, 1997.]

ANTONIA BENAVIDEZ, *Individually and as Guardian,*
*Respondent,* v. SUNNYSIDE HOUSING AUTHORITY,
*Appellant.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 93-2-02382-0, Robert N. Hackett, J.,
entered March 31, 1995. *Affirmed* by unpublished opinion
per Schultheis, J., concurred in by Sweeney, C.J., and
Kurtz, J.

[No. 14825-4-III.     Division Three.     February 18, 1997.]

THE STATE OF WASHINGTON, *Repondent,* v. DANIEL
JAY COURTS, *Appellant.*

Appeal from a judgment of the Superior Court for
Spokane County, No. 94-1-01611-4, Tari S. Eitzen, J.,
entered April 13, 1995. *Affirmed* by unpublished opinion
per Brown, J., concurred in by Schultheis, A.C.J., and
Kurtz, J.

[No. 15126-3-III.     Division Three.     February 18, 1997.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL
W. LUTJEMEIER, *Appellant.*

Appeal from a judgment of the Superior Court for Ferry
County, No. 95-1-00003-7, Fred L. Stewart, J., entered
August 22, 1995. *Affirmed* by unpublished opinion per
Brown, J., concurred in by Schultheis, A.C.J., and Kurtz,
J.